1  Janice M. Bellucci, Esq., SBN 108911
   LAW OFFICE OF JANICE M. BELLUCCI
2  235 East Clark Avenue, Suite C
   Santa Maria, California 93455
3  Tel: (805) 896-7854
   Fax: (805) 928-8736
4  JMBellucci@aol.com

5  Attorney for Plaintiffs John Doe #1, John Doe #2,
   John Doe #3, John Doe #4, John Doe #5, John Doe
6  #6, John Doe #7, John Doe #8, Jane Doe #9, and Jane
   Doe #10
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOHN DOE #1, an individual; JOHN DOE #2, an individual; JOHN DOE #3, an individual; JOHN DOE #4, an individual; JOHN DOE #5, an individual; JOHN DOE #6, an individual; JOHN DOE #7, an individual; and JOHN DOE #8, an individual; JANE DOE #9, an individual; and JANE DOE #10, an individual, | Case No.: EDCV13 – 514 JGB (DTBx) |
   |---|---|
   | Plaintiffs, | **[PROPOSED] ORDER GRANTING** ***EX PARTE*** **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |
   | vs. | |
   | BRENT OESTERBLAD, an individual; DAVID OESTERBLAD, an individual; SARAH SHEA, an individual; CHUCK RODRICK II, an individual; TRACI HEISIG, an individual; KEVIN MILLER, an individual; MELBOURNE IT DBS, a corporation; and DOES 1 through 10, inclusive, | |
   | Defendants. | |

22

23

24         The *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re

25 Preliminary Injunction of Plaintiffs John Doe #1, John Doe #2, John Doe #3, John Doe #4, John

26 Doe #5, John Doe #6, John Doe #7, John Doe #8, Jane Doe #9, and Jane Doe #10 ("Plaintiffs") in

27

28 **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

1  the above-captioned action came on for hearing on April ___, 2013, before the Honorable Jesus G.
2  Bernal, United States District Court Judge.
3       Janice Bellucci appeared on behalf of Plaintiff, unless appearances were waived.  All other
4  appearances are as noted in the record.
5       After review of the moving papers and all documents in support thereof and opposition
6  thereto, and hearing the arguments of counsel, and good cause appearing therefore, it is hereby
7  ORDERED:
8       1.    Plaintiffs' request for an immediate temporary restraining order as to Defendants
9  Brent Oesterblad, Sarah Shea, Chuck Rodrick II, Kevin Miller, and Melbourne IT DBS, Inc., is
10 GRANTED.  As such, defendant  and its officers, agents, servants, employees, and attorneys, and
11 upon those persons in active concert or participation with them, are immediately enjoined for a
12 period of ____ days from publishing personal information, including but not limited to names and
13 photos, of Plaintiffs on the SORarchives, Online Detective and Offendex websites.
14      2.    This Court issues an order to show cause and shall set a schedule for briefing and a
15 hearing on a preliminary injunction as further publication of Plaintiffs' personal information on the
16 SORarchives, Online Detective and Offendex websites.

DATED: _____

_____
Jesus G. Bernal
United States District Court Judge

2
**[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW
CAUSE RE PRELIMINARY INJUNCTION**